IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-633-D

| | |
|---|---|
| TERRANCE TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

On October 8, 2025, Terrance Turner ("Turner" or "plaintiff"), appearing pro se, filed a complaint against the Social Security Administration ("defendant") [D.E. 5] and a motion to proceed in forma pauperis [D.E. 6]. The court referred the matter to United States Magistrate Judge Robert B. Jones, Jr., for a memorandum and recommendation on Turner's motion to proceed in forma pauperis and for frivolity review [D.E. 9]. See 28 U.S.C. § 636(b)(1). On January 8, 2026, Magistrate Judge Jones issued a memorandum and recommendation ("M&R") [D.E. 10]. In the M&R, Magistrate Judge Jones recommended dismissing plaintiff's complaint for failure to exhaust administrative remedies and denying plaintiff's application to proceed in forma pauperis as moot. See id. at 4–5. On January 20, 2026, Turner timely objected to the M&R [D.E. 11].

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and Turner's objections. Turner's objections to the M&R are largely nonresponsive. See [D.E. 11]. In any event, the court has reviewed Turner's complaint, the record, and the M&R de novo. The court agrees with Magistrate Judge Jones's recommendations, overrules Turner's objections, and adopts the conclusions in the M&R.

In sum, the court DISMISSES WITHOUT PREJUDICE plaintiff's complaint and DENIES AS MOOT plaintiff's application to proceed in forma pauperis.

SO ORDERED. This 9 day of February, 2026.

JAMES C. DEVER III
United States District Judge